## Reuben Knapp v. Garret Onderdonk.

SMITH moved for leave to the justice to amend his return.

*Caines*, contra.  Independent of errors having been assigned and joinder, the justice has made an affidavit, contradicting the existence of the fact, in which the amendment is requested.  Besides, two notices of argument on the error assigned have been given.

*Per Curiam.*  There is an evident *laches*.  If the amendment is necessary, it ought to have been applied for, before noticed for argument.  The plaintiff in error must have known what was necessary to support his own assignment.

## Anonymous.

THE service of the case made in this cause was, by putting it under the door of the opposite attorney's office, which was locked, but from the window's being open when this was done, and being very shortly after seen to be shut, the plaintiff's attorney swore he had reason to believe the case came to the hands of the attorney of the defendant.  From these circumstances, and their not being contradicted, the court was pleased to consider them as evidence of the case being received.